FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0289

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAMES MICHAEL WEBB, JR.,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 29, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 29 2020